IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Ortiz & Associates Consulting, LLC , <br><br> Plaintiff(s), <br><br> v. <br><br> HP Inc. , <br><br> Defendant(s). | Case No. 18-cv-837 <br> Judge Sara L. Ellis |

## ORDER

(T:05) Motion hearing held on 6/14/2018.
Motion to transfer case [23] is granted. Motion for extension of time [29] is granted. It is hereby ordered that this action is transferred to the United States District Court for the Northern District of California.

Date: 6/15/2018                                    /s/ Sara L. Ellis, U.S. Distric Judge